A true printed copy in __1__ sheet(s) of the electronic record filed on 5/21/25, in the United States District Court for the District of Minnesota.
CERTIFIED, May 21 2025
Kate M. Fogarty, Clerk
BY: Deputy Clerk
Signature of Clerk or Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION

| | | |
|---|---|---|
| Oroville Hospital v. Change Healthcare Inc. et al., | ) | |
| E.D. California, C.A. No. 2:25-00993 | ) | MDL No. 3108 |
| 25-cv-2187 DWF/DJF | | |

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Oroville Hospital)* on April 7, 2025. Prior to expiration of that order's 7-day stay of transmittal, plaintiff *Oroville Hospital* filed a notice of opposition to the proposed transfer order. Plaintiff has withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on April 7, 2025, is LIFTED. This action is transferred to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Donovan W. Frank.

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel